**United States District Court**
**Northern District of New York**

*Glenn T. Suddaby*
U.S. District Judge

Dated: October 23, 2024
Syracuse, NY

| | | |
|---|---|---|
| BRANDON T., | ) | Case 5:24-cv-00014-GTS-ML |
|     *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | Stipulation – Document Filed Electronically |
| Commissioner of | ) | |
| Social Security, | ) | |
|     *Defendant*. | ) | |

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

IT IS HEREBY STIPULATED by and between Shannon Fishel, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard Olinsky, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of $5,889.21, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Respectfully Submitted,

| MARTIN O'MALLEY | BRANDON T., |
|---|---|
| By His Attorneys, | By His Attorney, |
| Carla B. Freedman, | Howard D. Olinsky |
| United States Attorney | |
| | |
| */s/ Shannon Fishel* | |
| Shannon Fishel | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| Office of Program Litigation, Office 2 | 250 S. Clinton St., Ste. 210 |
| Office of the General Counsel | Syracuse, NY 13202 |
| Social Security Administration | (315) 701-5780 |
| 6401 Security Boulevard | holinsky@windisability.com |
| Baltimore, MD 21235 | |
| (404) 562-1076 | |
| Shannon.Fishel@ssa.gov | |